IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00552-BNB

CARLOS MADERO-TEODORO,

    Applicant,

v.

ARISTEDES W. ZAVARAS, Exec. Dir., DOC,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 22 2009

GREGORY C. LANGHAM
               CLERK

ORDER OF DISMISSAL

Applicant Carlos Madero-Teodoro is a prisoner in the custody of the Colorado Department of Corrections at the Huerfano County Correctional Center at Walsenburg, Colorado. Mr. Madero-Teodoro has filed a *pro se* Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. The Court must construe the Application liberally because Mr. Madero-Teodoro is not represented by an attorney. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as an advocate for a *pro se* litigant. **See Hall**, 935 F.2d at 1110. For the reasons stated below, the Court will deny the Application and dismiss the action.

Mr. Madero-Teodoro is challenging an immigration detainer filed against him by the Department of Homeland Security, Bureau of Immigration and Customs Enforcement (ICE). Mr. Madero-Teodoro also seeks to expedite the criminal action, Action No. A94 985 222, associated with the detainer so that he may serve his two-year

state sentence concurrently with his federal sentence. He further asserts that at the time he committed the offense, for which he is incarcerated, he was subject to a removal order issued by the ICE. As relief, Mr. Madero-Teodoro seeks an expeditious hearing to resolve any criminal or deportation matters.

Pursuant to 28 U.S.C. § 2241(c), Mr. Madero-Teodoro may challenge the immigration detainer only if he is in custody pursuant to that detainer. The fact that immigration officials have issued a detainer is not sufficient, by itself, to satisfy the custody requirement. *See Galaviz-Medina v. Wooten*, 27 F.3d 487, 493 (10th Cir. 1994). Mr. Madero-Teodoro does not allege that immigration officials have taken any action with respect to his immigration status other than to issue a detainer. Therefore, the Court finds that Mr. Madero-Teodoro is not in custody pursuant to the immigration detainer lodged against him and, as a result, his claim challenging the immigration detainer must be dismissed.

To the extent Mr. Madero-Teodoro seeks to expedite any criminal proceedings in this Court, currently there are no criminal proceedings pending before this Court that involve Mr. Madero-Teodoro. Accordingly, it is

ORDERED that the Application is denied and the action is dismissed.

DATED at Denver, Colorado, this 22 day of April, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00552-BNB

Carlos Madero-Teodora
Prisoner No. 143564
Huerfano County Correctional Center
304 Ray Sandoval St.
Walsenburg, CO 81089

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 4/22/09

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk